| | |
|---|---|
| Gabriel S. Gross (Cal. Bar No. 254672)<br>**LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Phone: (650) 328-4600<br>Email: gabe.gross@lw.com<br><br>Gabrielle LaHatte (Cal. Bar No. 321844)<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Phone: (415) 391-0600<br>Email: gabrielle.lahatte@lw.com<br><br>Jamie D. Underwood (*pro hac vice forthcoming*)<br>Michael A. David (*pro hac vice forthcoming*)<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Phone: (202) 637-2200<br>Email: jamie.underwood@lw.com<br>Email: michael.david@lw.com | Of Counsel:<br><br>J.C. Rozendaal (*pro hac vice*)<br>Michael Joffre (*pro hac vice*)<br>Deirdre Wells (*pro hac vice*)<br>Josephine Kim (Cal. Bar No. 295152)<br>Kristina Caggiano Kelly (*pro hac vice*)<br>**STERNE, KESSLER, GOLDSTEIN &**<br>**FOX P.L.L.C.**<br>1101 K Street, NW, 10th Floor<br>Washington, D.C. 20005<br>Phone: (202) 371-2600<br>Email: jcrozendaal@sternekessler.com<br>Email: mjoffre@sternekessler.com<br>Email: dwells@sternekessler.com<br>Email: joskim@sternekessler.com<br>Email: kckelly@sternekessler.com<br><br>*Attorneys for Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, and ASCENDIS PHARMA, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIOMARIN PHARMACEUTICAL INC.,<br><br>    Defendant. | Case No. 5:25-cv-05696-PCP<br><br>**[CORRECTED] NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENT** |

Pursuant to Patent Local Rule 2-1, Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc. ("Ascendis") hereby notifies the Court that this case involves the same patent that was at issue in one case filed within this year. The patent is No. 48,267 (RE'267 patent). The prior case is *Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc. v. BioMarin Pharmaceutical Inc.*, 4:25-cv-03302-YGR (filed April 11, 2025).

Dated: July 18, 2025

Of Counsel:

J.C. Rozendaal (*pro hac vice*)
Michael Joffre (*pro hac vice*)
Deirdre Wells (*pro hac vice*)
Josephine Kim (Cal. Bar No. 295152)
Kristina Caggiano Kelly (*pro hac vice*)
**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
Phone: (202) 371-2600
Email: jcrozendaal@sternekessler.com
Email: mjoffre@sternekessler.com
Email: dwells@sternekessler.com
Email: joskim@sternekessler.com
Email: kckelly@sternekessler.com

*/s/ Gabriel S. Gross*
Gabriel S. Gross (Cal. Bar No. 254672)
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Phone: (650) 328-4600
Email: gabe.gross@lw.com

Gabrielle LaHatte (Cal. Bar No. 321844)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Email: gabrielle.lahatte@lw.com

Jamie D. Underwood (*pro hac vice forthcoming*)
Michael A. David (*pro hac vice forthcoming*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: jamie.underwood@lw.com
Email: michael.david@lw.com

*Attorneys for Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.*