Roger J. Chin (Cal. Bar No. 184662)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Email: roger.chin@lw.com

Jamie D. Underwood (*pro hac vice*)
Michael A. David (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
Email: jamie.underwood@lw.com
Email: michael.david@lw.com

Of Counsel:

J.C. Rozendaal (*pro hac vice*)
Michael Joffre (*pro hac vice*)
Deirdre M. Wells (*pro hac vice*)
Josephine Kim (Cal. Bar No. 295152)
Kristina Caggiano Kelly (*pro hac vice*)
**STERNE, KESSLER, GOLDSTEIN &
 FOX P.L.L.C.**
1101 K Street, NW
Washington, D.C. 20005
Phone: (202) 371-2600
Email: jcrozendaal@sternekessler.com
Email: mjoffre@sternekessler.com
Email: dwells@sternekessler.com
Email: joskim@sternekessler.com
Email: kckelly@sternekessler.com

*Attorneys for Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, and ASCENDIS PHARMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMARIN PHARMACEUTICAL INC.,<br><br>Defendant. | Case No. 4:25-cv-05696-YGR<br><br>**ASCENDIS'S OPPOSITION TO BIOMARIN'S MOTION FOR DISCRETIONARY STAY**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: September 23, 2025<br>Time: 2:00 p.m.<br>Location: Courtroom 1, 4th Floor |

**OPPOSITION TO MOTION FOR DISCRETIONARY STAY**

In this action for a declaratory judgment of no patent infringement, Ascendis filed a timely and routine motion to invoke the mandatory statutory stay required by 28 U.S.C. § 1659 in view of a parallel proceeding between the parties (Inv. No. 337-TA-1447 (the 1447 Investigation)) before the U.S. International Trade Commission (ITC). *See* Dkt. Nos. 25, 28. BioMarin opposed Ascendis's motion and filed the present, competing motion for a discretionary stay of the case. *See* Dkt. Nos. 35–36. The Court should grant Ascendis's motion invoking the mandatory statutory stay and deny BioMarin's competing motion as moot.

As set forth in connection with Ascendis's motion for a statutory stay, Ascendis has properly invoked the § 1659(a) statutory stay, which is mandatory and should be granted. *See* Dkt. Nos. 25, 28, 41; *see also Arris Sols., Inc. v. Sony Interactive Ent. LLC*, No. 5:17-cv-01098, 2017 WL 4536415, *1 n.1 (N.D. Cal. Oct. 10, 2017) ("Indeed, such a stay is mandatory under 28 U.S.C. § 1659(a)."). This mandatory statutory stay prevents the Court from reopening proceedings "until the determination of the Commission becomes final." 28 U.S.C. § 1659(a); *see also In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007) (statutory stay remains in effect during any appeals and "until the Commission proceedings are no longer subject to judicial review"). The reasons for granting the statutory stay have been fully briefed in connection with Ascendis's motion and will not be repeated here. If the Court grants the statutory stay, then BioMarin's later-filed motion for a stay will be moot.

Ascendis has developed and is seeking FDA approval for a new drug, TransCon CNP, which treats children suffering from achondroplasia, a growth disorder that is the most common cause of dwarfism. TransCon CNP is superior to BioMarin's competing achondroplasia drug, Voxzogo, not least because children taking Voxzogo need to receive daily injections, while TransCon CNP needs to be administered only once a week. By choosing to sue Ascendis for patent infringement at the ITC rather than in district court, BioMarin gave up the right to demand a preliminary injunction in district court, precisely because the pending ITC action gives Ascendis the right to invoke the statutory stay of § 1659(a). The present motion reflects BioMarin's attempt

to have its cake and eat it: BioMarin wants to go forward with its ITC complaint but retain the option to move for a preliminary injunction motion to stop the launch of Ascendis' TranCon CNP product after FDA approval. *See* Dkt. No. 35 at 3 ("Should Ascendis proceed with a U.S. launch before the ITC's final decision, BioMarin might seek to lift the stay and pursue preliminary injunctive relief from this Court . . . ."). The Court should not indulge such procedural game-playing in the face of Ascendis's invocation of the mandatory statutory stay.

Ascendis respectfully requests that the Court deny BioMarin's later-filed motion for a discretionary stay and enter the proposed order previously submitted in connection with Ascendis's motion for a statutory stay, *see* Dkt. No. 25-3, staying all proceedings in this action pursuant to 28 U.S.C. § 1659(a) until the determination of the 1447 Investigation becomes final, and otherwise vacating all deadlines in this action until such time as the stay is lifted and new deadlines are established.

Dated: August 18, 2025

Of Counsel:

J.C. Rozendaal (*pro hac vice*)
Michael Joffre (*pro hac vice*)
Deirdre M. Wells (*pro hac vice*)
Josephine Kim (Cal. Bar No. 295152)
Kristina Caggiano Kelly (*pro hac vice*)
**STERNE, KESSLER, GOLDSTEIN &
 FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
Phone: (202) 371-2600
Email: jcrozendaal@sternekessler.com
Email: mjoffre@sternekessler.com
Email: dwells@sternekessler.com
Email: joskim@sternekessler.com
Email: kckelly@sternekessler.com

*/s/ Roger J. Chin*
Roger J. Chin (Cal. Bar No. 184662)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Email: roger.chin@lw.com

Jamie D. Underwood (*pro hac vice*)
Michael A. David (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Email: jamie.underwood@lw.com
Email: michael.david@lw.com

*Attorneys for Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.*