Roger J. Chin (SBN 184662)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Email: roger.chin@lw.com

Jamie D. Underwood (admitted *pro hac vice*)
Michael A. David (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
Email: jamie.underwood@lw.com
Email: michael.david@lw.com

*Additional counsel listed on signature page*

Attorneys for Plaintiffs
ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC.,

Edward R. Reines (State Bar No. 135960)
ereines@jonesday.com
S. Christian Platt (State Bar No. 199318)
cplatt@jonesday.com
Miguel A. Alvarez (State Bar No. 336117)
miguelalvarez@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Defendant
BIOMARIN PHARMACEUTICAL INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC.,

Plaintiffs,

v.

BIOMARIN PHARMACEUTICAL INC.,

Defendant.

Case No. 4:25-cv-05696-YGR

**STIPULATED REQUEST FOR ORDER ENLARGING TIME FOR HEARING ON PLAINTIFFS' MOTION TO STAY PENDING ITC PROCEEDINGS (DKT. 25)**

Motion Filed: July 21, 2025
Current Hearing Date: September 9, 2025
New Hearing Date: September 23, 2025

Judge: Hon. Yvonne Gonzalez Rogers

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC. ("Plaintiffs"), and Defendant BIOMARIN PHARMACEUTICAL INC. ("Defendant") (collectively, the "Parties") jointly request an order enlarging the time for hearing on Plaintiffs' Motion to Stay Pending ITC Proceedings (Dkt. 25, re-noticed for hearing at Dkt. 28).

The Parties respectfully request that Plaintiffs' Motion to Stay be heard on enlarged time for the reasons stated in the accompanying Declaration of Edward R. Reines in Support of Stipulated Request for Order Enlarging Time for Hearing on Plaintiffs' Motion to Stay Pending ITC Proceedings ("Reines Decl."). As set forth in the Reines Decl., the current date set for this hearing conflicts with Defendant's counsel's trial on September 8, 2025, in Delaware. Reines Decl. ¶ 3. Additionally, Defendant's co-pending Motion for Discretionary Stay is noticed for a hearing on September 23, 2025. Reines Decl. ¶ 2. Given this conflict, the Parties believe that the enlarged time for hearing of Plaintiffs' motion would ensure that the case proceeds in an orderly manner, would conserve judicial resources and would relieve Defendant from being prejudiced by the current schedule.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT TO ORDER** that the hearing date on Plaintiffs' Motion to Stay Pending ITC Proceedings (Dkt. 25) be reset to September 23, 2025, at 2:00 p.m. or as soon thereafter as is convenient for the Court.

Dated: August 20, 2025                Respectfully submitted,

*/s/ Roger J. Chin*

Roger J. Chin (SBN 184662)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Email: roger.chin@lw.com

Jamie D. Underwood (admitted *pro hac vice*)
Michael A. David (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
Email: jamie.underwood@lw.com
Email: michael.david@lw.com

Of Counsel:
J.C. Rozendaal (admitted *pro hac vice*)
Michael Joffre (admitted *pro hac vice*)
Deirdre Wells (admitted *pro hac vice*)
Josephine Kim (SBN 295152)
Kristina Caggiano Kelly (admitted *pro hac vice* )
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
Phone: (202) 371-2600
Email: jcrozendaal@sternekessler.com
Email: mjoffre@sternekessler.com
Email: dwells@sternekessler.com
Email: joskim@sternekessler.com
Email: kckelly@sternekessler.com

Attorneys for Plaintiffs
ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC.,

Dated: August 20, 2025

*/s/ Edward R. Reines*

Edward R. Reines (State Bar No. 135960)
ereines@jonesday.com
S. Christian Platt (State Bar No. 199318)
cplatt@jonesday.com
Miguel A. Alvarez (State Bar No. 336117)
miguelalvarez@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Defendant
BIOMARIN PHARMACEUTICAL INC.

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Edward R. Reines, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Roger J. Chin concurred in the filing of this document.

Dated: August 20, 2025

*/s/ Edward R. Reines*
Edward R. Reines

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _______________, 2025

_______________________________
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge