Roger J. Chin (SBN 184662)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Email: roger.chin@lw.com

Jamie D. Underwood (admitted *pro hac vice*)
Michael A. David (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
Email: jamie.underwood@lw.com
Email: michael.david@lw.com

*Additional counsel listed on signature page*

Attorneys for Plaintiffs
ASCENDIS PHARMA A/S, ASCENDIS
PHARMA GROWTH DISORDERS A/S, AND
ASCENDIS PHARMA, INC.,

Edward R. Reines (State Bar No. 135960)
ereines@jonesday.com
S. Christian Platt (State Bar No. 199318)
cplatt@jonesday.com
Miguel A. Alvarez (State Bar No. 336117)
miguelalvarez@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Defendant
BIOMARIN PHARMACEUTICAL INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMARIN PHARMACEUTICAL INC.,<br><br>Defendant. | Case No. 4:25-cv-05696-YGR<br><br>**JOINT STIPULATION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL L.R. 6-1(A)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1       WHEREAS, Plaintiffs ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC. ("ASCENDIS"), filed the present action on July 7, 2025;

      WHEREAS, on July 11, 2025, ASCENDIS requested a waiver of service of summons;

      WHEREAS, on July 17, 2025, Defendant BIOMARIN PHARMACEUTICAL INC. ("BIOMARIN") executed a waiver of the service of summons;

      WHEREAS, BIOMARIN'S response to the Complaint (Dkt. 1) is currently due on September 9, 2025;

      WHEREAS, ASCENDIS filed a motion for stay (Dkt. 25 (re-noticed at Dkt. 28));

      WHEREAS, BIOMARIN filed a motion for stay (Dkt. 35);

      WHEREAS, the Court vacated all hearing dates on the pending motions for stay and stated it will issue a decision on the papers regarding the competing motions for stay (Dkt. 50);

      WHEREAS, the parties have met and conferred and agree that, if the Court enters an Order denying the parties' pending motions to stay, then BIOMARIN's deadline to answer or otherwise respond to the Complaint shall be 30 days after entry of that Order.  If the Court grants a stay, then BIOMARIN's deadline to answer or otherwise plead shall be 30 days after the Court enters an Order lifting that stay;

      WHEREAS, BIOMARIN reserves its rights to request any further extension;

      WHEREAS, this extension of time does not alter the date of any event or any deadline already fixed by the Court;

      WHEREAS, this Stipulation is effective without Court order pursuant to Civil L.R. 6-1(a).

      NOW, THEREFORE, pursuant to Civil L.R. 6-1(a), IT IS HEREBY STIPULATED AND AGREED by and among counsel for ASCENDIS and BIOMARIN that BIOMARIN's deadline to answer or otherwise respond to the Complaint shall be extended as follows:  If the Court enters an Order denying the parties' pending motions to stay (Dkts. 28 and 35), then BIOMARIN shall answer or otherwise plead to the Complaint no later than 30 days after entry of that Order.  If the Court grants a stay, then BIOMARIN shall answer or otherwise plead to the Complaint no later than 30 days after the Court enters an Order lifting that stay.

| | | |
|---|---|---|
| 1 | Dated: August 29, 2025 | Respectfully submitted, |
| 2 | | */s/ Roger J. Chin* |
| 3 | | Roger J. Chin (SBN 184662)<br>LATHAM & WATKINS LLP |
| 4 | | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111 |
| 5 | | Phone: (415) 391-0600 |
| 6 | | Email: roger.chin@lw.com<br>Jamie D. Underwood (admitted *pro hac vice*) |
| 7 | | Michael A. David (admitted *pro hac vice*)<br>LATHAM & WATKINS LLP |
| 8 | | 555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304 |
| 9 | | Phone: (202) 637-2200 |
| 10 | | Email: jamie.underwood@lw.com<br>Email: michael.david@lw.com |
| 11 | | Of Counsel: |
| 12 | | J.C. Rozendaal (admitted *pro hac vice*) |
| 13 | | Michael Joffre (admitted *pro hac vice*)<br>Deirdre Wells (admitted *pro hac vice*) |
| 14 | | Josephine Kim (SBN 295152)<br>Kristina Caggiano Kelly (admitted *pro hac vice* ) |
| 15 | | STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street, NW, 10th Floor |
| 16 | | Washington, D.C. 20005 |
| 17 | | Phone: (202) 371-2600<br>Email: jcrozendaal@sternekessler.com |
| 18 | | Email: mjoffre@sternekessler.com<br>Email: dwells@sternekessler.com |
| 19 | | Email: joskim@sternekessler.com<br>Email: kckelly@sternekessler.com |
| 20 | | |
| 21 | | Attorneys for Plaintiffs<br>ASCENDIS PHARMA A/S, ASCENDIS PHARMA |
| 22 | | GROWTH DISORDERS A/S, AND ASCENDIS<br>PHARMA, INC., |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: August 29, 2025 | */s/ Edward R. Reines* |
| | Edward R. Reines (State Bar No. 135960) |
| | ereines@jonesday.com |
| | S. Christian Platt (State Bar No. 199318) |
| | cplatt@jonesday.com |
| | Miguel A. Alvarez (State Bar No. 336117) |
| | miguelalvarez@jonesday.com |
| | JONES DAY |
| | 1755 Embarcadero Road |
| | Palo Alto, CA 94303 |
| | Telephone: (650) 739-3939 |
| | Facsimile: (650) 739-3900 |
| | |
| | Attorneys for Defendant |
| | BIOMARIN PHARMACEUTICAL INC. |

### **CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Edward R. Reines, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Roger J. Chin concurred in the filing of this document.

| | |
|---|---|
| Dated: August 29, 2025 | */s/ Edward R. Reines* |
| | Edward R. Reines |