| | |
|---|---|
| Roger J. Chin (Cal. Bar No. 184662)<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>(415) 391-0600<br>roger.chin@lw.com<br><br>Jamie D. Underwood (*pro hac vice*)<br>Michael A. David (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200<br>jamie.underwood@lw.com<br>michael.david@lw.com | J.C. Rozendaal (*pro hac vice*)<br>Michael Joffre (*pro hac vice*)<br>Deirdre Wells (*pro hac vice*)<br>Kristina Caggiano Kelly (*pro hac vice*)<br>Josephine Kim (Cal. Bar No. 295152)<br>**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**<br>1101 K Street, NW, 10th Floor<br>Washington, D.C. 20005<br>(202) 371-2600<br>jcrozendaal@sternekessler.com<br>mjoffre@sternekessler.com<br>dwells@sternekessler.com<br>kckelly@sternekessler.com<br>joskim@sternekessler.com |

*Attorneys for Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, and ASCENDIS PHARMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMARIN PHARMACEUTICAL INC.,<br><br>Defendant. | Case No. 4:25-cv-05696-YGR<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc. (collectively, "Ascendis") hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order Granting [53] Stipulation; Denying as Moot [25] Motion to Stay; Granting [35] Motion to Stay entered on September 19, 2025 (ECF No. 54), and any judgments or orders relating thereto including but not limited to the Order Granting Stay entered on September 9, 2025 (ECF No. 52).

Dated: September 26, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ *Roger J. Chin*
Roger J. Chin

J.C. Rozendaal (*pro hac vice*)
Michael Joffre (*pro hac vice*)
Deirdre Wells (*pro hac vice*)
Kristina Caggiano Kelly (*pro hac vice*)
Josephine Kim (Cal. Bar No. 295152)
**STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
(202) 371-2600
jcrozendaal@sternekessler.com
mjoffre@sternekessler.com
dwells@sternekessler.com
kckelly@sternekessler.com
joskim@sternekessler.com

Roger J. Chin (Cal. Bar No. 184662)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
(415) 391-0600
roger.chin@lw.com

Jamie D. Underwood (*pro hac vice*)
Michael A. David (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200
jamie.underwood@lw.com
michael.david@lw.com

*Attorneys for Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.*