**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC., | Case No. 4:25-cv-05696-YGR |
| Plaintiffs, Counterclaim-Defendants, | **[PROPOSED] ORDER GRANTING BIOMARIN'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | Judge:      Hon. Yvonne Gonzalez Rogers |
| BIOMARIN PHARMACEUTICAL INC., | |
| Defendant, Counterclaim-Plaintiff. | |

Defendant and Counterclaim-Plaintiff BioMarin Pharmaceutical Inc. ("BioMarin") has moved for a preliminary injunction to preserve the status quo pending the return of the final initial determination in parallel proceedings before the International Trade Commission ("ITC"). *See In the Matter of Certain Drug Product Containing C-Type Natriuretic Peptide Variants, and Components Thereof*, Inv. No. 337-TA-1447. In consideration of the entire record, the Court finds that BioMarin has demonstrated a reasonable likelihood of its success on the merits of its patent infringement allegations against Plaintiffs and Counterclaim-Defendants Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc. ("Ascendis"). Ascendis has not presented a substantial question relating to the validity of the asserted patent. In addition, BioMarin has demonstrated that it is substantially likely to suffer irreparable harm from Ascendis's ongoing infringement and that the balance of equities and the public interest favor granting a preliminary injunction.

BioMarin's Motion for Preliminary Injunction is therefore GRANTED.

**Accordingly, IT IS HEREBY ORDERED**:

Ascendis and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, attorneys, representatives, and all others acting for, with, on its behalf, or in active concert or participation with it, are hereby enjoined from further infringement of BioMarin's United States Reissue Patent No. RE48,267 ("RE'267") by engaging in the commercial manufacture, use, offer to sell, or sale within the United States, or importing into the United States any product that is the subject of New Drug Application ("NDA") 219164, comprising CNP variants and drug products containing CNP variants, including, but not limited to, Yuviwel® (navepegritide). After the final initial determination is returned in the ITC, the parties are directed to promptly inform the Court, and a hearing will be held to further discuss the status of the preliminary injunction.

Within five (5) business days of entry of this Order, Ascendis shall file with the Court documents sufficient to establish that it has provided notice of this Order to (a) each party involved in the actual or intended manufacture, labeling, packaging, distribution, importation, offer for sale, or sale of Yuviwel® (navepegritide) or any component of that product, including but not limited to

Wacker Biotech GmbH and Bachem AG; (b) each third party payor and/or insurance formulary that Ascendis has communicated with regarding Yuviwel® (navepegritide); and each healthcare provider that Ascendis has communicated with regarding Yuviwel® (navepegritide).

This Order and all supporting pleadings and papers in support of this Order must be served on Ascendis no later than _____.

Dated: _____, 2026

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge