# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BIOMARIN PHARMACEUTICAL INC.,<br><br>Defendant. | Case No. 4:25-cv-05696-YGR<br><br>**[PROPOSED] ORDER GRANTING BIOMARIN'S ADMINISTRATIVE MOTION TO LIFT DISCRETIONARY STAY AND SET PRELIMINARY INJUNCTION BRIEFING SCHEDULE**<br><br>Judge:      Hon. Yvonne Gonzalez Rogers |

Having read and considered Defendant BioMarin Pharmaceutical Inc.'s ("BioMarin") Administrative Motion to Lift Discretionary Stay (entered on September 9, 2025 (Dkt. Nos. 54, 56)) and Set Preliminary Injunction Briefing Schedule and all other papers filed relating to this Motion, the Court exercises its discretion, and it is ORDERED that the Motion is GRANTED, and the stay in this matter is hereby LIFTED for the limited purposes of considering BioMarin's motion for injunctive relief.  It is ORDERED that BioMarin will promptly file and serve its (i) preliminary injunction motion; and (ii) answer to the Complaint and counterclaims, which documents will be deemed filed March 11, 2026.  Plaintiffs Ascendis Pharma A/S, Ascendis Pharma Growth Disorders A/S, and Ascendis Pharma, Inc.'s ("Ascendis") response to the preliminary injunction motion is due March 27, 2026, and BioMarin's reply shall be submitted by April 6, 2026.  The Court will set a hearing on the motion at its earliest convenience, and prior to Ascendis's launch of its Yuviwel® (navepegritide) product.  It is further ORDERED that, on or before March 16, 2026, Ascendis must either produce, or give its consent for BioMarin's counsel in the parallel ITC investigation (*In the Matter of Certain Drug Product Containing C-Type Natriuretic Peptide Variants, and Components Thereof*, Inv. No. 337-TA-1447) to produce all expert reports exchanged in the ITC proceedings in unredacted form for use in this matter.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge