Edward R. Reines (SBN 135960)
ereines@jonesday.com
S. Christian Platt (SBN 199318)
cplatt@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900

Jason G. Winchester (*pro hac vice* pending)
jgwinchester@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:    (312) 782-3939
Facsimile:    (312) 782-8585

Gasper J. LaRosa (*pro hac vice* pending)
gjlarosa@jonesday.com
Sabrina A. Bellantoni (*pro hac vice* pending)
sbellantoni@jonesday.com
Lauren H. Kim (*pro hac vice* pending)
lkim@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306

Attorneys for Defendant
BIOMARIN PHARMACEUTICAL INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, AND ASCENDIS PHARMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BIOMARIN PHARMACEUTICAL INC., <br><br> Defendant. | Case No. 4:25-cv-05696-YGR <br><br> **APPENDIX OF EXHIBITS TO THE DECLARATION OF EDWARD R. REINES IN SUPPORT OF BIOMARIN'S ADMINISTRATIVE MOTION TO LIFT DISCRETIONARY STAY AND SET PRELIMINARY INJUNCTION BRIEFING SCHEDULE, PROPOSED ANSWER TO COMPLAINT AND COUNTERCLAIM FOR PATENT INFRINGEMENT, PROPOSED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

**INDEX OF EXHIBITS**

| Exhibit # | Exhibit Description |
|---|---|
| 1 | Ascendis's Press Release on Feburary 27, 2026 about YUVIWEL® (navepegritide) FDA approval ("Yuviwel® FDA Approval Press Release") |
| 2 | Order No. 25: Amending Procedural Schedule in *In the Matter of Certain Drug Product Containing C-Type Natriuretic Peptide Variants, and Components Thereof*, Inv. No. 337-TA-1447 dated December 16, 2025 ("Order No. 25: Amending Procedural Schedule") |
| 3 | Email correspondence between Roger Chin, counsel for Ascendis, and Edward Reines, counsel for BioMarin, exchanged between March 5 2026 and March 6, 2026, not obtaining a stipulation ("R. Chin Email") |
| 4 | Transcript of the Ascendis's News Conference, or Special Call, about YUVIWEL® (navepegritide) FDA approval, March 2, 2026 ("Ascendis News Conference Regarding Yuviwel® Approval") |
| 5 | Acendis's Press Release on March 31, 2025 about submitting the YUVIWEL® (navepegritide) NDA ("Yuviwel® NDA Press Release") |
| 6 | YUVIWEL® (navepegritide) FDA approved label dated February 2026 ("Yuviwel® Label") |
| 7 | Medical Professionals Reference Article ("Aimee Shu, M.D. Statement") |
| 8 | Ascendis's United States Securities and Exchange Comission 20-F form for the fiscal year endeding in December 31, 2024 ("Ascendis 2024 20-F") |
| 9 | *TransCon CNP, a Sustained-Release C-Type Natriuretic Peptide Prodrug, a Potentially Safe and Efficacious New Therapeutic Modality for the Treatment of Comorbidities Associated with Fibroblast Growth Receptor 3-Related Skeletal Dysplasias*, published online June 24, 2019, Vibeke Miller Breinholt et al. ("2019 Breinholt Article") |
| 10 | Declaration of Dr. Ulrich Hersel dated August 25, 2022 ("2022 Hersel Declaration") |
| 11 | *Once-weekly TransCon CNP (navepegritide) in Children with Achondroplasia (ACcomplisH): a phase 2, multicentre, randomised, double-blind, placebo-controlled, dose-escalation trial*, published online October 2, 2023, Ravi Savarirayan et al. ("2023 Savarirayan Article") |

| 12 | *TransCon CNP, a sustained-release prodrug of C-type natriuretic peptide, prevents premature synchondroses closure in an achondroplasia mouse model,* Vibeke Miller Breinholt et al., September 11, 2017 ("September 11, 2017, Poster") |
|----|----|
| 13 | *TransCon CNP, a Sustained-Release Prodrug of C-Type Natriuretic Peptide, exerts Positive Effects on Bone in Juvenile Cynomolgus Monkeys and in a Mouse Model of Achondroplasia,* Vibeke Miller Breinholt et al., September 8, 2017 ("September 8, 2017, Poster") |
| 14 | *Pharmacokinetics and Cardiovascular Assessment of TransCon CNP, a Sustained-Release C-type Natriuretic Peptide Prodrug, for the Treatment of Achondroplasia,* Caroline Elisabeth Rasmussen et al., September 10, 2017 ("September 10, 2017, Poster") |
| 15 | *Phase 1 safety, tolerability, pharmacokinetics and pharmacodynamics results of a long-acting C-type natriuretic peptide prodrug, TransCon CNP,* published online June 1, 2022, Vibeke Miller Breinholt et al. ("2022 Breinholt Article") |
| 16 | *Structural Optimization of TransCon CNP – Development of a Sustained-Release Prodrug of CNP for Achondroplasia,* K. Sprogøe et al., October 18, 2017 ("October 2017, Poster") |
| 17 | Declaration of Dr. Ulrich Hersel dated March 27, 2024 ("2024 Hersel Declaration") |
| 18 | Affidavit by Dr. Ulrich Hersel dated May 7, 2025 ("2025 Hersel Affidavit") |
| 19 | *Modelling the hydrolysis of succinimide: formation of aspartate and reversible isomerization of aspartic acid via succinimide,* published June 4, 2003, F. Aylin, S. Konuklar & Viktorya Aviyente ("Aylin Article") |
| 20 | United States Patent No. 8,906,847 *Prodrug Comprising a Drug Linker Conjugate* ("the '847 patent") |
| 21 | *Chemical Pathways of Peptide Degradation. III. Effect of Primary Sequence on the Pathways of Deamidation of Asparaginyl Residues in Hexapeptides,* published August 1990, Kamlesh Patel & Ronald T. Borchardt ("Patel Article") |
| 22 | Infringement Claim Chart of United States Reissue Patent No. RE48,267 ("RE48,267 Claim Chart") |
| 23 | YUVIWEL® (navepegritide) Instructions for Use dated February 2026 ("Yuviwel® Instructions for Use") |
| 24 | Declaration of Michael Ash dated March 10, 2026 ("Ash Decl.") |
| 25 | Public Verison of Declaration of Tejas Kheradiya dated March 11, 2026 ("Kheradiya Decl.") |

| 26 | Declaration of Dr. Gianfranco Pasut dated March 11, 2026 ("Pasut Decl.") |
|----|------|
| 27 | *AstraZeneca LP v. Apotex, Inc.*, 1:09-cv-01518 (D.N.J. Mar. 31, 2009), Dkt. No. 45, Order for Temporary Relief ("AstraZeneca Order") |
| 28 | *Exeltis USA, Inc. v. Lupin Ltd.*, No. 1:22-cv-00434 (D. Del. Apr. 01, 2022), Dkt. No. 367, Order ("Exeltis Order") |
| 29 | Expert declaration of Prof. William Ross Wilcox dated July 22, 2025 ("Declaration of Wilcox") |
| 30 | Markman Hearing, Volume II and Case Management Conference Transcript in *In the Matter of Certain Drug Product Containing C-Type Natriuretic Peptide Variants, and Components Thereof*, Inv. No. 337-TA-1447, dated February 9, 2026 ("Prelim. Findings") |
| 31 | Ascendis Pharma A/S Protest under 37 C.F.R. § 1.291 against application no. 15/646,822 Variants of C-Type Natriuretic Peptide ("Ascendis's Protest") |
| 32 | United States Patent No. US 8,377,884 B2 *Variants of C-Type Natriuretic Peptides* ("the '884 patent") |
| 33 | International Publication Number WO 2009/057639 *A2 Variants of C-Type Natriuretic Peptide* ("WO639") |
| 34 | Complainant BioMarin Pharmaceutical Inc.'s Opposition to Respondent's Motion for Summary Determination that Certain Claims of the RE'267 Patent are Anticipated Under 35 U.S.C. § 102(e) in *In the Matter of Certain Drug Products Containing C-Type Natriuretic Peptide Variants, and Components Thereof*, Inv. No. 337-TA-1447, dated March 2, 2026 ("BioMarin's Opposition to Summary Determination") |
| 35 | Transcript of the Ascendis Pharma A/S FQ3 2025 Earnings Call, November 12, 2025 ("Ascendis FQ3 2025 Earnings Call") |
| 36 | *Pediatric growth hormone deficiency: Understanding the patient and caregiver perspectives*, published online April 16, 2024, Bradley S. Miller et al. ("Miller Article") |
| 37 | *International consensus guidelines on the implementation and monitoring of vosoritide therapy in individuals with achondroplasia*, published Januray 6, 2025, Ravi Savarirayan et al. ("International Consensus Guidelines") |
| 38 | *Sustained growth-promoting effects of vosoritide in children with achondroplasia from an ongoing phase 3 extension study*, dated May 9, 2025, Ravi Savarirayan et al. ("2025 Savarirayan Article") |

| 39 | *Persistent growth-promoting effects of vosoritide in children with achondroplasia are accompanied by improvements in physical and social aspects of health-related quality of life*, published online 2024, Ravi Savarirayan et al. ("2024 Savarirayan Article") |
|---|---|
| 40 | Supplementary material for *Persistent growth-promoting effects of vosoritide in children with achondroplasia are accompanied by improvements in physical and social aspects of health-related quality of life*, published online 2024, Ravi Savarirayan et al. ("2024 Savarirayan Article Supplement") |
| 41 | *Safe and persistent growth-promoting effects of vosoritide in children with achondroplasia: 2-year results from an open-label, phase 3 extension study*, published online 2021, Ravi Savarirayan et al. ("2021 Savarirayan Article") |
| 42 | *Changes in the Alignment of the Spine and Lower Limb in Children With Achondroplasia Treated With Vosoritide: A Single-center, 1-year Follow-up Prospective Study*, published online 2025, Kenta Sawamura et al. ("Sawamura Article") |
| 43 | *Curriculum Vitae* of Dr. Gianfranco Pasut |
| 44 | *Neutral Endopeptidase-Resistant C-Type Natriuretic Peptide Variant Represents a New Therapeutic Approach for Treatment of Fibroblast Growth Factor Receptor 3–Related Dwarfism*, published online 2015, Daniel J Wendt et al. ("Wendt Article") |
| 45 | Ascendis's Opening Expert Report of Thomas Walter, PH.D. in *In the Matter of Certain Drug Products Containing C-Type Natriuretic Peptide Variants, and Components Thereof*, Inv. No. 337-TA-1447, dated December 18, 2025 ("Ascendis's Opening Expert Report") |
| 46 | Declaration of Dr. Stephen G. Davies dated October 8, 2025 ("Declaration of Dr. Davies") |
| 47 | Disputed and Agreed Claim Constructions in *In the Matter of Certain Drug Product Containing C-Type Natriuretic Peptide Variants, and Components Thereof*, Inv. No. 337-TA-1447 dated August 13, 2025 ("Disputed and Agreed Claim Constructions") |
| 48 | AccomplisH Protocol—a trial evaluating the safety, efficacy, and pharmacokinetics of subcutaneous doses of TransCon® CNP—December 28, 2022 ("AccomplisH Protocol") |