Roger J. Chin (Bar No. 184662)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
(415) 391-0600
roger.chin@lw.com

*Attorneys for Plaintiffs Ascendis Pharma
A/S, Ascendis Pharma Growth Disorders
A/S, and Ascendis Pharma, Inc.*

Edward R. Reines (Bar No. 135960)
**JONES DAY**
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939
ereines@jonesday.com

*Attorneys for Defendant BioMarin
Pharmaceutical, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, and ASCENDIS PHARMA, INC, <br><br> Plaintiffs, <br><br> v. <br><br> BIOMARIN PHARMACEUTICAL INC., <br><br> Defendant. | Case No. 4:25-cv-05696-YGR <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

WHEREAS, on March 11, 2026, BioMarin filed an Administrative Motion to Lift Discretionary Stay and Set Preliminary Injunction Briefing Schedule, [Dkt. No. 75 (replacing Dkt. No. 59)]; and on March 16, 2026, Ascendis filed an opposition to the motion, Dkt. No. 74;

WHEREAS, this stipulation is without prejudice to the parties' respective positions on whether the stay should be lifted, which remains in dispute, and applies only in the event that the Court determines to lift the stay;

WHEREAS, Ascendis does not agree that the stay should be lifted, has appealed the Court's stay decision (Dkt. No. 54) to the extent that it did not grant a mandatory stay under 28

U.S.C. § 1659, in Appeal No. 26-1026 (Fed. Cir.) which is pending, and reserves the right to challenge any order lifting the stay;

WHEREAS, notwithstanding that dispute, the parties have reached agreement regarding certain issues addressed in the administrative motion and opposition, *see* Dkt. No. 75 at 3:1-4 & n.2; Dkt. No. 74 at 4:20-5:12, regarding a preliminary injunction briefing schedule in the event that the Court lifts the stay;

WHEREAS, Ascendis enters this stipulation solely to narrow the issues presented to the Court and does not consent to lifting the stay (Dkt. No. 54); and

WHEREAS, BioMarin reserves all rights relating to any attempt by Ascendis to launch, including before the Court has an opportunity to address the proposed preliminary injunction motion.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that in the event the stay is lifted, briefing on BioMarin's motion for preliminary injunction will be as follows:

1.    If the stay is lifted, BioMarin's preliminary injunction motion (Dkt. No. 75-2) will be deemed filed the day of the Court's order lifting the stay.

2.    Ascendis's opposition brief, not to exceed 35 pages, will be due four weeks after BioMarin's preliminary injunction motion is deemed filed.

3.    BioMarin's reply brief, not to exceed 20 pages, will be due ten days after Ascendis's opposition brief is filed.

4.    If the stay is lifted, expert reports from ITC Investigation No. 337-TA-1447 will be deemed cross-designated on an outside counsel-only basis, subject to any third-party restrictions.  Upon entry of a protective order, the parties may redesignate confidential information in accordance with the terms of that order.

Date: March 19, 2026

*/s/ Roger J. Chin*                               */s/ Edward R. Reines*
Roger J. Chin                                     Edward R. Reines
**LATHAM & WATKINS LLP**                          **JONES DAY**
505 Montgomery Street, Suite 2000                 1755 Embarcadero Road
San Francisco, California 94111                   Palo Alto, CA 94303
(415) 391-0600                                    (650) 739-3939
roger.chin@lw.com                                 ereines@jonesday.com

*Attorneys for Plaintiffs Ascendis Pharma*        *Attorneys for Defendant BioMarin*
*A/S, Ascendis Pharma Growth Disorders*           *Pharmaceutical, Inc.*
*A/S, and Ascendis Pharma, Inc.*

### CIVIL LOCAL RULE 5-1 ATTESTATION

I, Roger J. Chin, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Edward R. Reines concurred in the filing of this document.

Dated: March 19, 2026                             */s/ Roger J. Chin*
                                                  Roger J. Chin

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge