Roger J. Chin (Cal. Bar No. 184662)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
(415) 391-0600
roger.chin@lw.com

Jamie D. Underwood (*pro hac vice*)
Michael A. David (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200
jamie.underwood@lw.com
michael.david@lw.com

J.C. Rozendaal (*pro hac vice*)
Michael Joffre (*pro hac vice*)
Deirdre Wells (*pro hac vice*)
Kristina Caggiano Kelly (*pro hac vice*)
Josephine Kim (Cal. Bar No. 295152)
**STERNE, KESSLER, GOLDSTEIN
& FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, D.C. 20005
(202) 371-2600
jcrozendaal@sternekessler.com
mjoffre@sternekessler.com
dwells@sternekessler.com
kckelly@sternekessler.com
joskim@sternekessler.com

*Attorneys for Plaintiffs Ascendis Pharma A/S,
Ascendis Pharma Growth Disorders A/S, and
Ascendis Pharma, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, and ASCENDIS PHARMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BIOMARIN PHARMACEUTICAL INC., <br><br> Defendant. | Case No. 4:25-cv-05696-YGR <br><br> **RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

Ascendis submits this response to BioMarin's notice of supplemental authority (Dkt. No. 79). The Federal Circuit's decision (Dkt. No. 79-1) addressed only eligibility for a mandatory stay under 28 U.S.C. § 1659(a)(2). It did not address whether the discretionary stay—granted at BioMarin's request—should remain in place. Nothing in that decision undermines the Court's prior conclusion that there is "no reason why it should proceed in parallel with the ITC," Dkt. No. 54 at 4, particularly in the absence of any harm to BioMarin. *See* Dkt. No. 74 at 1-3.

Dated: March 26, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ *Roger J. Chin*
Roger J. Chin

| | |
|---|---|
| J.C. Rozendaal (*pro hac vice*)<br>Michael Joffre (*pro hac vice*)<br>Deirdre Wells (*pro hac vice*)<br>Kristina Caggiano Kelly (*pro hac vice*)<br>Josephine Kim (Cal. Bar No. 295152)<br>**STERNE, KESSLER, GOLDSTEIN &**<br>**FOX P.L.L.C.**<br>1101 K Street, NW, 10th Floor<br>Washington, D.C. 20005<br>(202) 371-2600<br>jcrozendaal@sternekessler.com<br>mjoffre@sternekessler.com<br>dwells@sternekessler.com<br>kckelly@sternekessler.com<br>joskim@sternekessler.com | Roger J. Chin (Cal. Bar No. 184662)<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>(415) 391-0600<br>roger.chin@lw.com<br><br>Jamie D. Underwood (*pro hac vice*)<br>Michael A. David (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200<br>jamie.underwood@lw.com<br>michael.david@lw.com<br><br>*Attorneys for Plaintiffs Ascendis Pharma A/S,*<br>*Ascendis Pharma Growth Disorders A/S, and*<br>*Ascendis Pharma, Inc.* |