# United States Court of Appeals
# for the Federal Circuit

---

**ASCENDIS PHARMA A/S, ASCENDIS PHARMA GROWTH DISORDERS A/S, ASCENDIS PHARMA, INC.,**

*Plaintiffs-Appellants*

v.

**BIOMARIN PHARMACEUTICAL INC.,**

*Defendant-Appellee*

---

2026-1026

---

Appeal from the United States District Court for the Northern District of California in No. 4:25-cv-05696-YGR, Judge Yvonne Gonzalez Rogers.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered March 26, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

May 4, 2026
Date

Jarrett B. Perlow
Clerk of Court